**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HERBERT BOYKIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV01425 SWW |
| CHRIS LITTLETON, ET AL. | * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court is Plaintiff's unopposed motion to voluntarily dismiss this case with prejudice. The motion (docket entry #16) is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE